The district court in this case should not have implied, should not have applied the six, what turned out to be a six level enhancement. In other words, doubled Mr. Melendrez's offense level because the false identification that he produced and that he possessed were of either fictitious individuals or of Mr. Melendrez himself. And the guideline section, and I'm not going to keep repeating all the numbers, but the guideline section we're referring to here limits its application in those circumstances. The way the scheme is set up is that the statute 1028-D4 broadly defines the term means of identification. But the application note in the guideline, and I'm referring now to application notes 7A and 7C, limits that definition. And it limits it by saying that the enhancement should not apply and does not apply when the identification is of an actual person or of a fictitious individual, which is what we had in this case. There was no proof, and I think the government pretty much concedes that the identification that Mr. Melendrez produced and possessed were of fictitious people or of Mr. Melendrez himself. Let me just understand. The Social Security numbers were of real people, correct? Correct. However, then they were attached to fake people or fictitious people. That's correct. Okay. I have to admit, I think winding your way through the statute and the guidelines here is, you know, almost impossible, torturous, mind-bending, and a number of other adverbs come to mind. Would you address the Williams case and whether you think it's applicable here and if we were to go a different route, we would be creating a circuit split and why should we do that? Well, let me start by saying that I can distinguish, I believe I can distinguish the Williams case and then why this Court should not follow the Williams case up. The distinguishing factors. In Williams, it was clear that the Social Security numbers were obtained from a source. The name, I forget the name, but it's in the opinion. A man named Green provided these Social Security numbers to the people who used them to obtain loans. Our case is that Mr. Melendrez obtained the Social Security numbers from a source. The guidelines talked about getting them from stealing someone's wallet or stealing mail, so we don't have that in this case. Williams was a little different in that the conviction was for the same statute, 1028, but a different subsection, D7, which prohibits using false ID to commit a federal crime. In that case, it was obtaining home loans. Mr. Melendrez was convicted of actually possessing, I'm sorry, producing false identification, so there's a difference there. The main difference though between the two cases is in the Williams case, new lines of credit were created by use of the false identification. That seemed to be the deciding factor for the Williams panel in the Sixth Circuit, that a new line of credit was established by use of the false Social Security number, i.e. obtaining a bank loan, an account number which they determined to be a means of identification. We have no commercial transaction in the Melendrez case. He simply produced and then subsequently possessed the false identification. There was no financial loss in Mr. Melendrez's case. But does that really have anything to do with the interpretation of the particular statute and the sentencing guidelines, the fact that of Hollis use? Well, in the Williams case, in trying to distinguish the Williams case from this case, I would say yes. As far as the guidelines themselves, it seems a reasonable interpretation of these guidelines sections, and there are many, and they seem to almost contradict each other as you continue to go down. It would seem to me that a reasonable interpretation would be that there has to be potential harm, not only to the owner of the Social Security number, which is used to create the new identification, but also to an actual person besides that owner of the Social Security number. That seems to me the reason why the guidelines put in this caveat, this limitation on it has to be an actual person, not a fictitious person, and not the defendant himself. I guess on that point, this is where I kind of get stuck trying to sort out what another means means. If you're using someone's Social Security number and that someone is a real person, even though you attach a fake name to it, why isn't that still an actual person's identity, which means their Social Security number, that's being pirated in effect? Right, and I know that's the government's argument, that the number itself qualifies the person for the enhancement. I understand the argument. And why not? Because you would then be applying this two to six level enhancement in just about every case. If you look at the examples, the application notes give four different examples when it person to be harmed in addition to just the owner of the Social Security number. The Williams case, and again, if I can just make one more comment on that, the fault that we find in the Williams case is in finding that the enhancement was appropriate. It looked, it seemed entirely to the definition of means of identification that's in the statute, 1028D4, and did not discuss how the term means of identification has been limited by the guideline section, the application note 7A, which limits the definition of means of identification. The examples in application note 7C, which further says, in these instances, apply it. In other cases, these examples don't apply it. The Williams case did not discuss the limitation and pretty much decided the issue, in our view, based on the definition of means of identification in the statute. Okay, let me, I'm just trying to sort this out, because one of the examples they give is you get somebody's name and address, and that is some identification, let's say from your driver's license, or maybe you've got some letter or something in your purse. You take that, and then you go get a credit card. Isn't that the same person whose identity is being parlayed or leveraged in that case? You mean when you get the credit card itself? Right. That's what the application note seems to say, that when you use the name and then you get additional line of credit, yeah, you have two means of identification there, the Social Security number in the first instance, and then you convert that, so to speak, into a credit card. So in other words, that answers the question of whether it can be the same, quote, person whose identification is being leveraged. So it could be the same person. That's not a problem. It could be the same person, and we're simply saying that there just has to be more than that. If you look at all of these guidelines sections, the commentary, the application notes, if you look at it all in totality, it requires more than that, and I guess my fine, I want to just... Well, before, let me ask, let me sharpen that a little bit, and I'm coming back to the driver's license. You know, driver's license, if you take my driver's license number and you use my driver's license to get an identification which uses my driver's license, but a fictitious name, so that when that newly created form of identification, some merchant or whatever who's taken it down and relied on it, goes to check why this check bounced or whatever that ID was used for, it's going to come back to my real person driver's license. So why should it make a difference whether what's attached to the new means of identification, the second level of identification here, has a phony name or not, if the driver's license number is, in fact, going to tie back to me as the victim? I'm the one that's going to be harmed, and that seems to me what this enhancement is designed to protect. So what, how would you distinguish a driver's license from a social security number in that respect? Well, again, I want to make sure I follow your, and I'm out of time, so... Go ahead. Go ahead, please answer. There is, I guess, potential harm to you if I do something inappropriate with the driver's license. I use it to write a check and it bounces. It could come back to you. So yes, there is potential harm, and I can see that that's a possibility. But what I'm saying is that if you look at, again, all the guidelines here, which I submit are contradictory in of themselves, you need more than just that potential harm. You need either harm to a second person, or they wouldn't have put this caveat in the application note that it doesn't apply to situations where the person in the ID is fictitious, if I use your identification and I put a fictitious name on there, or if I use my own name. It just seems the application note, a fair reading of it, would limit its applicability to those circumstances. Why are you tying it to the name? I mean, a means of identification isn't just limited to a name. It could be a social security number, as it says. That's what 1028-D4 says, and the application note limits the statutory definition and seems to exempt actual or fictitious persons. Thank you. May it please the Court, Counsel. My name is Sean Horton, and I'm on behalf of the United States. And it's interesting to note in this case that Mr. Melendrez could have committed the offense without the utilization of an actual person's social security number. He's charged with producing five or more other documents that appear to have been created by the United States or under control of the United States. He could have done that purely using fictitious social security numbers, and he wouldn't have fallen into the ambit of the Guidelines Enhancement. Instead, he chose to use social security numbers that were assigned to actual persons. And in doing so, he falls within the ambit of the Guidelines. In answer to your question, Your Honor, about whether or not a different result here would create a circuit split, the short answer is absolutely. The Williams Court mirrors the analysis of the district court in this case. It mirrors the analysis of the government's sentencing memorandum in this case and of the government's brief in this case. Let me tell you where I do get stopped when I try to read through this maze, and that's on the word another. If you have the social security number to a fake name, have you created another means of identification when it's exactly the same social security number? And the short answer is yes. How? In this case, you have, as Judge noted, that to the extent that he has a unique numerical identification specific to himself that is used to create another means of identification, to the extent somebody acquires that, runs back to him. To the extent that I steal your social security number in order to create another social security number card in another person's name. The primary use of that would be to track your social security number, and it's going to come back to you. The sentencing guide... Well, let me ask a question here. Stepping aside from the maze of all of this, the purpose of that statute was to prevent identity theft, wasn't it? Isn't that really what was... In some respect, Congress actually directed the Guidelines Commission to change the guidelines as to all subsections of Section 1028. Subsection 1028A7 is the primary, what we've referred to as identity theft statute, and that was a statute to which the defendants in the Williams case pled guilty. But there are seven other subsections of 1028. The defendant in this case pled guilty to 1028 subsection A1, which was a violation of producing five or more identification documents that appear to be issued by the United States. And in the Riley case... Well, following up, Mike, if we were looking at identity theft, this situation really wouldn't fit into that, would it? Because as I see it, it's to obtain another document that helps with the identity theft. Here, we've just got the Social Security number being used fraudulently. But that's true if you're using your Social Security card to cash a check or something like that. And that's not what... I don't think this statute is designed to... And the examples indicate that's not what the statute is intended to punish for. Actually, Your Honor, the background to these guidelines indicate that it's intended to punish economic and non-economic harm. To the extent that your Social Security number is used to create another means of identification, and you learn about that, you never know when your Social Security number is going to be used against you to destroy your credit history. You're going to have to continue to acquire at least periodic credit reports from the various credit bureaus to make sure that nobody's accessed your credit history in an unauthorized fashion. In this case, even if you didn't rely upon the second prong of 2B1.1B9C, which is the possession of five or more documents that were produced from another means of identification, you can rely on the first prong, which requires that a means of identification was obtained from another means of identification. Meaning that, in this case, the defendant obtained a Colorado driver's license, for instance, with a means of identification, meaning the Social Security number of another person. He also created new Social Security number cards, and his name or other names, but using the Social Security number assigned to an actual person. And if you follow the reasoning of the guidelines, and I'll walk you through it very briefly, but it follows the analysis of the Williams case, I think you'll find that, in fact, it does apply to the facts in this case. Means of identification has the meaning given under the statute 1028D4, except such means of identification shall be of an actual individual other than the defendant. And then under section 1028D4, the term means any name or number that may be used alone or in conjunction with any other information to identify a specific individual. A means of identification specifically includes a Social Security number. And I want to note that a Social Security number is a unique numeric identification to a specific person, much like a fingerprint is unique biometric identification of a specific person. So if I utilize your Social Security number to create another means of identification, whatever that means of identification is, I'm in violation of the statute, but I also fall within the ambit of the guidelines for purposes of the Social Security number remains a true Social Security number. But the other one doesn't. But the other means of identification is not. It's a fictitious person. A portion of it may not be. And to the extent that you were to find that this didn't apply in this case, you're essentially, well, you're following the logical extension of the defendant's arguments that render it inapplicable that this guideline's enhancement to essentially any document fraud case or identity theft case in which a Social Security number assigned to another person is used to create another means of identification. And in essence, this enhancement wouldn't apply to your own identity theft cases. So what you're saying, just so I understand, you're saying the original Social Security number or driver's license number, if we're talking just numbers, is lifted from an actual, it's an actual means of identification. That's one. That's step one. That's the source. The other is a new Social Security card with a fictitious name, but a real, actual Social Security number. So that satisfies the actual, the means of identification. It doesn't have to be a new Social Security number. You can use, the constant throughout is the actual Social Security number. Correct. And as long as you have two different documents that are produced, that's your reading. If that's enough. Correct. And I believe that's the reading of the Williams case and the district court's analysis in this case. In the Williams case, they attempt to get the loan in whose name? Their name. Who's there? Oh, the defendant's names. Using the Social Security number of another person, not them, it was again assigned to an actual person. And it was that analysis that caused the Williams court to apply this enhancement. So Williams went in to get a loan. Yes. In his name. Correct. Using somebody else's Social Security. Correct. Again, relying on the credit history of that other person, which is the primary reason they did it. If they had relied upon their own credit history, perhaps they wouldn't have obtained the loan. Now, they really haven't tried to steal his identity, have they? That person whose Social Security number is used. Williams is using it for his own identity. Oh, absolutely. They've stolen their identity. They've stolen their credit history. And that's a critical portion of your identity. Which is why if they had used a fake Social Security number and a fake name, they wouldn't be stealing any actual live person's identity. Precisely. And they would get sentenced without application of this section. How does it work that if I use a real Social Security, I use your Social Security number, but either my or a fake name, how does that work in the credit history check? As soon as somebody submits a credit report on the real Social Security number with a fake name attached, doesn't that then set off the bells and whistles that it's fake? Well, it should. Unfortunately, it doesn't. I don't know if you wanted some anecdotal evidence of cases. I've had cases, for instance, where individuals who happen to be illegal aliens, for instance, come into the country obtaining a true Social Security number, meaning that assigned to another person, not their own, without that other person's authorization. They then get a file, or provide a W-9 employment eligibility form to a new employer using that actual Social Security number that belongs to another person, but in their own name, meaning the defendant's name. They then obtain employment for a period of time, file a tax return information, and seek an earned income credit deduction, or earned income credit. Well, it turns out the databases don't interact with one another. And so, for instance, in that case, unfortunately, believe it or not, the IRS doesn't necessarily double-check with the Social Security number database to show that the names are the same, or the names are different, even though the Social Security numbers are the same. Now, as a result of this problem, the IRS has set up a Taxpayers Advocacy Office to help out taxpayers in those situations, because there's no interaction of those databases. And it turns out that those victims then are assessed taxes and penalties based on the tiny amount of income that may be earned by the person who stole their Social Security number, but that real person ultimately gets an earned income credit. It sounds bizarre, but it happens in our society, which is why the Guidelines Commission is attempting to protect those economic and non-economic harms that may be posed to identity thieves, or posed to victims whose Social Security numbers have been taken. I see my time is up. One question. What is the purpose of indicating that it does not apply to fictitious names? Why that? My perception is that, like in most guideline applications, the Guidelines Commission is to make sure that the punishment is proportionate to the seriousness of the offense, and the seriousness of the risk, not necessarily the actual harm, but the risk posed to the person whose Social Security number is used. And why isn't that covered by the underlying statute itself? Well, the underlying statute is slightly broader, at least. But again, the statute deposes the maximum penalties, not the actual penalties. Thank you. Thank you. Thirty seconds. I would just ask the Court also to consider application of the rule of lenity. If they find that the totality of the guideline section, the commentary, is ambiguous, it should be construed in a way most favorable to Mr. Melendrez. Thank you. The case of United States v. Melendrez is submitted. We'll submit United States v. Wendland on the brief, and next hear argument in United States v. Aleichel. Thank you.
judges: Hug, McKeown, Fisher